

# IN THE
# TENTH COURT OF APPEALS

—————————

### No. 10-16-00398-CR

**TIMOTHY PAUL OVERTON,**

                                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                            **Appellee**

—————————

**From the County Court
Somervell County, Texas
Trial Court No. M-07928**

---

## MEMORANDUM OPINION

---

Timothy Paul Overton appealed his conviction for Assault, Family Violence.  *See*

TEX. PENAL CODE ANN. § 22.01 (West 2011); TEX. FAM. CODE ANN. § 71.004 (West 2011).

He has now filed a motion to dismiss the appeal.  Overton and his counsel have both

signed the motion.

The motion is granted, and this appeal is dismissed.  *See* TEX. R. APP. P. 42.2(a).


                                    TOM GRAY
                                    Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed January 25, 2017
Do not publish
[CR25]

